# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

        v.

AARON ERNEST JOHNSON,

    Petitioner

: No. 168 WAL 2023

: Petition for Allowance of Appeal
: from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

        v.

AARON ERNEST JOHNSON,

    Petitioner

: No. 169 WAL 2023

: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.